Reset Form

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IT'S JUST LUNCH INTERNATIONAL, LLC.,<br><br>PLAINTIFF(S)<br>v.<br>PAMELA OSGOOD, IJL WILL DO, INC., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 09-01032-JLQ<br><br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled. However, to date, counsel have:
☐ failed to file the appropriate stipulation for dismissal, or
☐ failed to respond to the Order to Show Cause Re: Dismissal of Action by reason of:



☒ Other:

Pursuant to Order Directing Entry of Judgment of Dismissal (see separately issued "Order")



IT IS THEREFORE ORDERED that this action is hereby dismissed.

IT IS FURTHER ORDERED that this Order is a final judgment for purposes of Rule 54(a), F.R.Cv.P. It shall be entered pursuant to Rule 58, F.R.Cv.P., and served upon the parties.

Clerk, U. S. District Court

| | | |
|---|---|---|
| 11/21/11 | By | Jim Holmes, Relief CRD |
| Date | | Deputy Clerk |

CV-85 (07/97)                ORDER DISMISSING CIVIL ACTION